Case 6:23-cv-00735-ADA Document 1 Filed 10/30/23 Page 1 of 4

**FILED**
October 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Doug M<sup>c</sup>Guffey
　　Plaintiffs
　Vs.
Sheriff Dana Filth M<sup>c</sup>Guffey
　　Defendants

Civil action No. 6:23-cv-735 Please give soon

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28. U.S.C and 2202. Plaintiff Hey's claims for injuction relief are are authorized by 28 U.S.C Sections 2283 & 2284 and and Rule 65 of the Federal Rules of Civil Procedure.

2. The Western District of Texas is an appropriate venue under 28 U.S.C Section U.S.C Section 1391 (b)(2) because it is where where the events giving rise to this claim occured.

## II. PLAINTIFFS

Plantiff Douglas M<sup>c</sup>Guffey is and was at was herein a innocent visoter at walmart in Coppers Cove, he was fine and given a criminal trespass when he was never officially even cited a worning for one.

## III DEFENDANTS

Defendant sheriff Dana Filth M<sup>c</sup>Guffey is the sheriff of Temple, Killeen & coppers cove Texas, we are married and she told me she was the sheriff at central booking, the cop who wrongfully arrested me will be found out during the discovery process.

## IV. FACTS

At all times plaintiff Doug McGuffey was innocent and he must be released before the end of October.

## V. LEGAL CLAIMS

Defendant Dana McGuffey knows Doug didn't commit a C.T. and wants him home for Halloween.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgement:

The Court Pay him $100 for being a wrong arrest & for help getting home & that charges are dropped by the end of October 2023.

Dated: October 25 2023

Respectfully Submitted, Doug McGuffey #20656

Verification: I have read the foregoing complaint and hereby verify this is true, under penalty of perjury that the foregoing is the foregoing is true and correct.
Executed at Bell County Jail, Belton, TX 76513
10/25/2023  x Doug McGuffey

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513
Name: Doug McGuffey
Housing Unit: 225

RECEIVED
OCT 30 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

WACO DIVISION DISTRICT CLERK
800 Franklin Ave, Room 380
Waco, Texas 76701

/Jails/Pages/TreatsDocument1.aspx

Free: Calab Barnes  c.c.i.s.o
E.510 Leon st
76528

snookl
760.498.4577

The Chemical brothers, BECK
Skipping like a stone
"Korean lady in temple peeing in elevator"