## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| DOUG MCGUFFEY | § | |
| (Bell County #206561) | § | |
| | § | |
| V. | § | W-23-CA-735-ADA |
| | § | |
| SHERIFF DANA MCGUFFEY | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff appears to seek leave to proceed in forma pauperis.

Under the Prison Litigation Reform Act, a prisoner cannot bring a civil action or appeal a judgment in a civil action *in forma pauperis* if he or she has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless whether a prisoner proceeds *in forma pauperis* in a civil case, if at any time the prisoner's case is dismissed as frivolous or malicious, or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-dismissal rule.

Plaintiff is currently incarcerated. While incarcerated, Plaintiff has filed at least three civil actions or appeals that have been dismissed as frivolous, malicious or for

failure to state a claim. *See McGuffey v. Johnson*, No. 6:23-CV-646 (W.D. Tex. Oct. 10, 2023) (dismissed for failure to state a claim); *McGuffey v. Hernandez, et al.*, No. 1:22-CV-1264 (W.D. Tex. July 26, 2023) (dismissed for failure to state a claim); *McGuffey v. Fortaker*, No. 5:17-CV-1146 (W.D. Tex. Dec. 18, 2017) (dismissed for failure to state a claim). Therefore, Plaintiff may not file another civil action *in forma pauperis* while incarcerated unless Plaintiff is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint does not meet that standard.

It is therefore **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*, and his complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g). Plaintiff's complaint may be reinstated only if the full filing fee of $402 is paid simultaneously with the filing of a motion to reinstate within thirty days of the date of this order.

**SIGNED** on November 3, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE